United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Ian Van Niekerk and all others similarly situated, Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 22-21653-Civ-Scola |
| Code Enforcement Security, Inc. and others, Defendants. | ) ) ) | |

## Order of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal, ECF No. 9.) The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on July 15, 2022.

_____
Robert N. Scola, Jr.
United States District Judge